UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 24-3344 JGB** | Date | September 18, 2024 |
| Title | *In Re Leslie Klein* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):

None Present                                                None Present

**Proceedings:**   Order to Show Cause (IN CHAMBERS)

     The appeal in the above bankruptcy matter has been assigned to this Court. Appellant Leslie Klein ("Klein" or "Appellant") filed a notice of appeal on April 23, 2024. ("Notice of Appeal," Dkt. No. 1.) Pursuant to the Notice Regarding Appeal from Bankruptcy Court issued on April 24, 2024 ("Court Notice," Dkt. No. 5.), and Federal Rules of Bankruptcy 8009, Appellant was required to file the following with the Clerk of the Bankruptcy Court **within fourteen days** after filing the Notice of Appeal:

- A designation of record;
- A statement of issues on appeal; and
- A notice regarding the ordering of transcripts.

(Id.) (collectively, "Required Documents.") The Court Notice stated that the "failure of either party to comply with the time requirements as stated . . . may result in the dismissal of the appeal or the right to oppose the appeal." (Id.)

     Because Appellant filed his Notice of Appeal on April 23, 2024, he was required to submit the documents on or before May 7, 2024. Appellant failed to file the Required Documents until June 10, 2024. (Dkt. No. 13.) The Court notes that a motion to dismiss for lack of prosecution is currently before this Court in another case in which Klein is the Appellant. See In Re Leslie Klein, Case. No. 2:24-cv-04607-JGB.

  Federal Rule of Civil Procedure 41(b) grants the Court authority to *sua sponte* dismiss actions for failure to prosecute or failure to comply with court orders.  See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016).  A litigant must prosecute an action with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b).  Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976).  Dismissal pursuant to Rule 41(b) requires a showing of unreasonable delay.  Omstead v. Dell, Inc., 594 F.3d 1081, 1084 (9th Cir. 2010), overruled on other grounds by Langere v. Verizon Wireless Servs., LLC, 983 F.3d 1115, 1117 (9th Cir. 2020).

  Accordingly, the Court **ORDERS** Appellant to show cause in writing on or before **September 23, 2024**, why Appellant failed to comply with Fed. R. Bankr. P. 8009 and timely file the Required Documents and why the delay was not unreasonable.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  Failure to adequately or timely respond to this order may result in the dismissal of this appeal.

  **IT IS SO ORDERED.**